**Entered on Docket**
**December 09, 2009**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

_____

Filed Electronically_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com.

Wells Fargo Bank, N.A.
09-76792

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>Alan Russell Martinez and Roxanne Elaine Martinez<br><br>               Debtors. | BK-N-09-53249-gwz<br><br>Date:   11/17/09<br>Time: 10:00am<br><br>Chapter 7 |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that relief from the Automatic Stay is granted in the above-entitled bankruptcy proceeding regarding the subject property generally described as : 362 Bergin Drive , Las Vegas NV 89110.

1  Lot Two (2) in Block Three (3) of PONDEROSA PLAZA ESTATES NO.1, as shown by map thereof
2  on file in Book 25 of Plats, Page 27, in the Office of the County Recorder of Clark County, Nevada.

3  Submitted by:
   **WILDE & ASSOCIATES**

4

5  _____#10746_____

6  Gregory L. Wilde, Esq.
   Attorney for Secured Creditor
7  208 South Jones Boulevard
   Las Vegas, Nevada 89107

8
   APPROVED / DISAPPROVED
9

10 _____
   **Sparks Legal Clinic**
11 305 W. Moana Lane, # B-2
   Reno, NV 89509
12 Attorney for Debtor(s)

13 APPROVED / DISAPPROVED

14 _____
   **Keith J. Tierney**
15 10580 N. McCarran Blvd.
   Bldg. 115-380
16 Reno, NV 89506
17 Chapter 7 Trustee

18

19

20

21

22

23

24

25

26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:
In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_✓\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)
Debtor's counsel:

\_\_\_\_ approved the form of this order    \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_✓\_ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order    \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_✓\_ failed to respond to the document

Other Party:_____

\_\_\_\_ approved the form of this order    \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document

Breach Order:

\_\_\_\_ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor